# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ORTHOARKANSAS, P.A., formerly known
as Arkansas Specialty Care Centers, P.A.**                    **PLAINTIFF**

**v.**                              **No. 4:24-cv-695-DPM**

**EPISODE SOLUTIONS, LLC;  FUSION 5,
INC.;  and OWENS & MINOR, INC.**                  **DEFENDANTS**

## ORDER

The complaint is noted.  The Court has an independent obligation to ensure it has subject matter jurisdiction.  OrthoArkansas, P.A., invokes diversity jurisdiction. 28 U.S.C. § 1332(a).  But it has not alleged the citizenship of Episode Solutions, LLC's members.  *Great River Entertainment, LLC v. Zurich American Insurance Co.*, 81 F.4th 1261, 1263 (8th Cir. 2023).  It must do so. *Walker ex rel. Walker v. Norwest Corp.*, 108 F.3d 158 (8th Cir. 1997).  Unless OrthoArkansas files a proposed amended complaint by 30 August 2024 clarifying the jurisdictional facts, the Court will dismiss this case for lack of subject matter jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2024