IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ORTHOARKANSAS, P.A., formerly
known as Arkansas Specialty Care
Centers, P.A.                                                                                        PLAINTIFF

v.                                    No. 4:24-cv-695-DPM

EPISODE SOLUTIONS, LLC; FUSION 5,
INC.; and OWENS & MINOR, INC.                                                    DEFENDANTS

ORDER

Motion to withdraw, *Doc. 13*, granted as to Fusion 5 and Owens & Minor, but denied without prejudice as to Episode Solutions. A corporation must have a lawyer. *Carr Enterprises, Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983). Counsel should renew the motion after new counsel appears for Episode Solutions. The embedded request for an extension of time is denied as moot for Fusion 5 and Owens & Minor. They have moved to dismiss. The request is granted as to Episode Solutions. Episode Solutions' answer or Rule 12(b) motion is due by 27 December 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2024