## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ORTHOARKANSAS, P.A., formerly
known as Arkansas Specialty Care
Centers, P.A.                                               PLAINTIFF

v.                              No. 4:24-cv-695-DPM

EPISODE SOLUTIONS, LLC;  FUSION 5,
INC.;  and OWENS & MINOR, INC.                  DEFENDANTS

### ORDER

Motion, *Doc. 39*, noted.  Please file an addendum with a redline showing all proposed changes and stating whether the active parties object.  *Doc. 31 at 2*.  Addendum due by 27 March 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2026