## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ORTHOARKANSAS, P.A., formerly known as Arkansas Specialty Care Centers, P.A.**                                                    **PLAINTIFF**

v.                                    No. 4:24-cv-695-DPM

**EPISODE SOLUTIONS, LLC;  FUSION 5, INC.;  and OWENS & MINOR, INC.**            **DEFENDANTS**

### ORDER

The motion to withdraw, *Doc. 45*, is granted as specified.  Holland & Knight is relieved as counsel for Episode Solutions.  The firm must send a copy of this Order to Episode Solutions's trustee.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
2 July 2026