**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ORTHOARKANSAS, P.A., f/k/a**
**Arkansas Specialty Care Centers, P.A.** **PLAINTIFF**

**v.** **No. 4:24-cv-695-DPM**

**EPISODE SOLUTIONS, LLC; FUSION 5,**
**INC.; and OWENS & MINOR, INC.** **DEFENDANTS**

**ORDER**

The active parties haven't given any update in this stalled case. *Doc. 44.* The Court dismisses Fusion 5 and Owens & Minor without prejudice for failure to prosecute. Fed R. Civ. P. 41(b). This case is already stayed against the remaining defendant, Episode Solutions. *Doc. 34.* The Court directs the Clerk to administratively terminate this case, too. OrthoArkansas must keep the Court informed about the status of Episode Solutions's bankruptcy. Status report due by 10 November 2026, and every six months thereafter. If there's no word from OrthoArkansas by November 10th, the Court will lift the stay and dismiss the case.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

11 August 2026